Opinion filed June 5, 2008











 
 
  
 
 







 
 
  
 
 




Opinion filed June 5, 2008

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00158-CR 

                                                    __________

 

                            IN RE CHRISTOPHER ANDREW MILLER

 



 

                                                Original
Mandamus Proceeding

 



 

                                              M
E M O R A N D U M   O P I N I O N

 

Relator
Christopher Andrew Miller filed a petition for writ of mandamus in this court
asking  that we order the trial court to enter an order disqualifying the
district attorney and his office.  Relator has now filed a motion to dismiss
the petition for writ of mandamus.  Relator states that the trial court has
signed an order appointing an attorney pro tem and that this mandamus
proceeding is now moot.

The
motion is granted, and the petition for writ of mandamus is dismissed.

 

PER CURIAM

 

June 5, 2008 

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists
of:  McCall, J., and Strange, J.

Wright, C.J.,
not participating.